# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| MARIA THERESA ORUE, | : | Case No. 1:16-cv-760-MRB |
| CYNTHIA MCCORD, | : | **PROPOSED ORDER GRANTING PLAINTIFFS' AND DEFENDANT ONCALL LLC'S JOINT MOTION TO FILE PROPOSED SETTLEMENT AGREEMENT UNDER SEAL** |
| JEREMY DAHMER, | : | |
| DENNIS SULLIVAN, | : | |
| JOYCE GOSS, | : | Judge Michael R. Barrett |
| ROBERT GALLAGHER, and | : | |
| MICHAEL WING | : | |
|     Plaintiffs | : | |
| v. | : | |
| ONCALL, LLC. | : | |
|     Defendant. | : | |

For good cause shown, the Court hereby GRANTS the parties' Joint Motion to File Proposed Settlement Agreement Under Seal (Doc. 19).

IT IS SO ORDERED:

  s/ Michael R. Barrett
_____
Judge Michael Barrett
United States District Court Judge

Signed this __1st__ day of __September__ 2017.